JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN McCOY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND WME EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　Defendants. | Case No. CV 16-8470-GW(Ex)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. George H. Wu |

　　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-08470-GW (Ex) is dismissed in its entirety as to all defendants, with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

　　　IT IS SO ORDERED.

Dated: June 13, 2017

_____
HON. GEORGE H. WU
United States District Judge